**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

**BLACKSTONE ALTERNATIVE ASSET MANAGEMENT L.P., *et al.*,**

**Plaintiffs,**

**v.**

**DAVID L. HARRIS, *et al.*,**

**Defendants.**

**CIVIL NO. 3:19-cv-29-KKC**

**ORDER**

This matter is before the Court on its own motion. The Court inadvertently entered an Order dismissing all claims asserted by both plaintiffs and striking this matter from the active docket of the Court. (R. 120.) The stipulation of dismissal only dismissed Plaintiff Blackstone Alternative Asset Management L.P.'s claims against the defendants. Plaintiff KKR & Co., Inc.'s claims against all defendants are still active.

Accordingly, the Court hereby **ORDERS** as follows:

(1) the Court's Order (R. 120) is **VACATED**; and

(2) pursuant to the Stipulation of Dismissal (R. 119), all claims asserted by Plaintiff Blackstone Alternative Asset Management L.P. against all Defendants are **DISMISSED** with prejudice.

This 24th of July, 2026.

**Signed By:**
***Karen K. Caldwell***
**United States District Judge**